IN THE UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JENNY HART | ) | Case No. 10-30128 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## MOTION TO DELAY DISCHARGE AND EXTEND TIME TO FILE REAFFIRMATION AGREEMENT

COMES NOW the debtor, through counsel, and state to the court as follows:

1. Debtor filed her Chapter 7 bankruptcy on February 22, 2010.

2. Debtor wishes to reaffirm her debts with Bank of America and SMB.

3. The reaffirmation agreements have been sent to the creditors but not yet filed.

WHEREFORE, debtor pray this court make and enter its order extending the time for debtor to file a reaffirmation agreement and delay her discharge until June 30, 2010.

CHECKETT & PAULY, P.C.

/s/ Kevin Checkett
Kevin Checkett, #25838
517 S. Main Street
P.O. Box 409
Carthage, MO 64836
(417)358-4049 Telephone
(417)358-6341 Facsimile

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties below, if any, who have requested notice but are not participating in the ECF System, on the date entered on the court's docket.

/s/Kevin Checkett
Attorney of Record